**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROBERT KESSLER, <br><br>　　　　　　　Plaintiff, <br><br>　　　　-vs- <br><br>W.L.L. LLC and WORKWEAR OUTLETS & MORE LLC individually, <br><br>　　　　　　　Defendant. | Cause No. 2:21-cv-0808 TLF <br><br> NOTICE OF SETTLEMENT |

　　　Plaintiff, and Defendants ("the parties") by and through their respective counsel of record, hereby advise the Court that the parties to this matter have reached an agreement in principle resolving all matters at issue. The parties will file dismissal papers with the Court within five (5) days of this filing.

　　　　　　Dated this 1st day of September 2021.

Notice of Settlement

Enabled Law Group
P.O. Box 4523
Missoula, MT 59806
(406) 493-1084

DATED this 17 day of September, 2021.

                        Respectfully submitted,

*/s/ M. William Judnich*
M. William Judnich
WSBA #56087
Enabled Law Group
P.O. Box 4523
Missoula, Montana 59806
Telephone: 406-493-1084
Email: MJ@Enabledlawgroup.com

*/s/ Naomi Kim*
Naomi Kim
WSBA # 32985
NSK & Company P.C.
8811 S. Tacoma Way, Suite 211
Lakewood, WA 98499
nsklaw@gmail.com
Attorney for Defendant Workwear Outlets

*/s/ Erica Doctor*
Erica Doctor
WSBA # 43208
Vanderberg, Johnson & Gandara
1201 Pacific Ave., Suite 1900
Tacoma, WA 98401
edoctor@vjglaw.com
Attorney for Defendant W.L.L. LLC