**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROBERT KESSLER, <br><br> Plaintiff, <br><br> -vs- <br><br> W.L.L. LLC and WORKWEAR OUTLETS & MORE LLC individually, <br><br> Defendant. | Cause No. 2:21-cv-0808 TLF <br><br> JOINT STIPULATION OF DISMISSAL WITH PREJUDICE <br><br> NOTE ON MOTIONS CALENDAR: September 1, 2021 |

    Plaintiff, Robert Kessler, and all Defendants in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

    **IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

Dated this _____ day of _____, 2021.

_____
United States Magistrate Judge

Joint Stipulation of Dismissal

DATED this 17 day of September, 2021.

Respectfully submitted,

*/s/ M. William Judnich*
M. William Judnich
WSBA #56087
Enabled Law Group
P.O. Box 4523
Missoula, Montana 59806
Telephone: 406-493-1084
Email: MJ@Enabledlawgroup.com

*/s/ Naomi Kim*
Naomi Kim
WSBA # 32985
NSK & Company P.C.
8811 S. Tacoma Way, Suite 211
Lakewood, WA 98499
nsklaw@gmail.com
Attorney for Defendant Workwear Outlets

*/s/ Erica Doctor*
Erica Doctor
WSBA # 43208
Vanderberg, Johnson & Gandara
1201 Pacific Ave., Suite 1900
Tacoma, WA 98401
edoctor@vjglaw.com
Attorney for Defendant W.L.L. LLC